01-244 JAF

97-161 JAF

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED
2005 JAN 24 PM 4:49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

CHANGE OF ADDRESS NOTIFICATION

Date: January 18, 2005.

Office of The Clerk
150 Carlos Chardon Ave. Rm. 150
Hato Rey, P.R. 00918

RE: Rodriguez v. United States
    Civil No. 01-244(JAF)
    Crim. No. 97-161(JAF)

THE CLERK OF THE COURT IS HEREBY NOTIFIED THAT MY ADDRESS SHOULD BE

CHANGED TO:

Israel Rodriguez
Reg: 43577-004
Federal Prison Camp
P.O. Box 150160
Atlanta Georgia, 30315

Israel Rodriguez

cc:

U.S. Attorney's Office
350 Carlos Chardon Ave.
Suite 1201, Torre Chardon
San Juan, P.R. 00918

Clerk, U.S. Court of Appeals
1 Courthouse Way
Boston Ma. 02210